UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 10-cr-00090-WYD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. JAMES ROBERT SOYARS, JR.,

    Defendant.

**ORDER**

    This matter is before the Court upon a review of the file. It is

    ORDERED that a 5-day jury trial is set for **Monday, May 3, 2010, at 9:00 a.m. in courtroom A-1002.**

    Dated: February 26, 2010

                        BY THE COURT:

                        s/ Wiley Y. Daniel
                        Wiley Y. Daniel
                        Chief United States District Judge