IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 10-cr-00090-WYD-1

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.    JAMES ROBERT SOYARS, JR.,

    Defendant.

---

**ORDER GRANTING PLAINTIFF'S MOTION TO DISCLOSE MATTERS OCCURRING BEFORE GRAND JURY TO DEFENDANT**

---

This matter comes before the Court on Plaintiff's Motion to Disclose Matters Occurring Before Grand Jury to Defendant (Doc. 12), pursuant to Fed.R.Crim.P. 6(e)(3)(E)(I). Having reviewed the motion and being otherwise advised in the premises, the Court finds that good and sufficient cause support the same, and it should be granted. Accordingly, it is

ORDERED that Plaintiff's motion is **GRANTED**, and that testimony of witnesses before the grand jury and exhibits presented to the grand jury may be disclosed to the defendant and his counsel in the course of discovery in this case. It is further

ORDERED that such materials shall only be used in defending this case; that such materials may be disclosed only to the defendant and his attorney; that if copies are made, the defendant's attorney shall maintain custody of such copies, and shall not reproduce or disseminate them; and that any material provided pursuant to this Order shall be returned to the plaintiff at the completion of the case.

Dated: March 1, 2010

                BY THE COURT:

                s/ Wiley Y. Daniel
                Wiley Y. Daniel
                Chief United States District Judge