UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 10-cr-00090-WYD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. JAMES ROBERT SOYARS, JR.,

    Defendant.

## MINUTE ORDER

ORDER ENTERED BY CHIEF JUDGE WILEY Y. DANIEL

    A Notice of Disposition was filed in the above matter on September 16, 2010. A Change of Plea hearing is set for **Wednesday, October 27, 2010 at 3:00 p.m.** Accordingly, the status conference set for September 28, 2010 is **VACATED.**

    **Counsel for the parties shall deliver all change of plea documents separately to Judge Daniel's chambers AND to the Probation Department not later than 72 HOURS before the hearing date.** If the documents are not timely submitted, the hearing will be **VACATED**. **There will be no exceptions to this policy, and sanctions may be imposed for failure to comply.**

    Dated: September 23, 2010