UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 10-cr-00090-WYD

UNITED STATES OF AMERICA,

      Plaintiff,

v.

1.  JAMES ROBERT SOYARS, JR.,

      Defendant.

## MINUTE ORDER

ORDER ENTERED BY CHIEF JUDGE WILEY Y. DANIEL

      Due to a scheduling conflict with the Court's calendar, the sentencing hearing set for Thursday, February 3, 2011, at 1:30 p.m. is **VACATED and RESET to Tuesday, February 8, 2011 at 10:00 a.m.**

      Dated:  January 27, 2011