IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No.   10-cr-00090-WYD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.  JAMES ROBERT SOYARS, JR.,

    Defendant.

## ORDER GRANTING CREDIT PURSUANT TO U.S.S.G. § 3E1.1(b)

THE COURT having considered the Government's Motion Pursuant to U.S.S.G. §3E1.1(b) (doc. #39), filed February 3, 2011.  After a review of the motion and the file, it is hereby

ORDERED that Government's Motion Pursuant to U.S.S.G. §3E1.1(b) (doc. #39), filed February 3, 2011, is **GRANTED.**

Dated this 8th day of February, 2011.

BY THE COURT:

s/ Wiley Y. Daniel
WILEY Y. DANIEL,
CHIEF UNITED STATES DISTRICT JUDGE