IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No.   10-cr-00090-WYD

UNITED STATES OF AMERICA,

      Plaintiff,

v.

1.  JAMES ROBERT SOYARS, JR.,

      Defendant.

---

## ORDER DISMISSING COUNTS 2, 3, 5, 6, 7, 8, AND 9

---

THE COURT, having considered the Government's Motion to Dismiss Counts 2, 3, 5, 6, 7, 8, and 9, having accepted the defendant's guilty plea to Counts 1 and 4, and having imposed sentence on Counts 1 and 4, it is hereby

ORDERED that Government's Motion to Dismiss Counts 2, 3, 5, 6, 7, 8, and 9, (doc. #38), filed February 3, 2011, is **GRANTED.**  It is further

ORDERS that Counts 2, 3, 5, 6, 7, 8, and 9 are hereby **DISMISSED.**

Dated this 8th day of February, 2011.

                              BY THE COURT:


                              s/ Wiley Y. Daniel
                              WILEY Y. DANIEL,
                              CHIEF UNITED STATES DISTRICT JUDGE