**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
SENIOR JUDGE WILEY Y. DANIEL**

| | | | |
|---|---|---|---|
| Date: | November 20, 2014 | Prob./Pret.: | Sergio Garza |
| Courtroom Deputy: | Robert R. Keech | Interpreter: | N/A |
| Court Reporter/ECR: | Mary George | | |

Criminal Case No. **10-cr-00090-WYD**      Counsel:

UNITED STATES OF AMERICA,           Linda S. Kaufman
                                    Linda S. Kato
             Plaintiff,              Elizabeth M. Froehlke

v.

**1.  JAMES ROBERT SOYARS, JR.**,        Jack P. Kaufman

             Defendant.

**COURTROOM MINUTES**

**SUPERVISED RELEASE VIOLATION HEARING**

**2:07 p.m.**     Court in Session - Defendant present (on supervised release)

             APPEARANCES OF COUNSEL.

             Court's opening remarks.

2:09 p.m.     Statement on behalf of Defendant admitting to violations (Mr. Kaufman).

2:11 p.m.     Statement on behalf of Probation (Mr. Garza).

2:13 p.m.     Statement on behalf of Government (Ms. Kato).

2:24 p.m.     Statement on behalf of Government (Ms. Froelke).

| | |
|---|---|
| 2:27 p.m. | Statement on behalf of Government (Ms. Kato). |
| 2:30 p.m. | Statement on behalf of Defendant (Mr. Kaufman). |
| 2:41 p.m. | Statement by Defendant on his own behalf (Mr. Soyars). |
| 2:41 p.m. | Statement on behalf of Defendant (Mr. Kaufman). |
| 2:45 p.m. | Statement on behalf of Probation (Mr. Garza). |
| 2:46 p.m. | Statement on behalf of Defendant that the motion to quash writ of garnishment is being withdrawn (Mr. Kaufman). |

**ORDERED:** Defendant's Motion to Quash Writ of Garnishment [ECF Doc. No. 60], filed August 19, 2014, is **DENIED WITHOUT PREJUDICE.**

| | |
|---|---|
| 2:49 p.m. | Statement on behalf of Probation (Mr. Garza). |
| 2:49 p.m. | Statement on behalf of Government (Ms. Kaufman). |
| 2:50 p.m. | Statement by Defendant on his own behalf (Mr. Soyars). |

Court makes findings and concludes that defendant has violated conditions of supervised release.

**ORDERED:** Supervised release is **REVOKED.**

**ORDERED:** The defendant shall be placed back on **supervised release** for a period of **2** years.

**ORDERED: Conditions** of **Supervised Release** are:

(X) Within 72 hours of release from the custody of the Bureau of Prisons, defendant shall report in person to the probation office in the district to which the defendant is released.

(X) Defendant shall not commit another federal, state or local crime.

(X) Defendant shall not illegally possess controlled substances.

(X) Defendant shall not possess a firearm as defined in 18 U.S.C. § 921.

(X) Defendant shall comply with standard conditions adopted by the Court.

    (X)        The Defendant shall refrain from the unlawful use of a controlled substance and submit to one drug test within 15 days of release on supervised release and at least two periodic drug tests thereafter for use of a controlled substance.

**ORDERED:**    **Special Condition(s)** of **Supervised Release** are:

1. Defendant shall work with the probation officer in development of a monthly budget that shall be reviewed with the probation officer quarterly.

2. Defendant shall apply any monies received from income tax refunds, lottery winnings, inheritances, judgements, and any anticipated or unexpected financial gains to the outstanding court ordered financial obligation in this case.

3. Defendant shall comply with all legal obligations associated with the Colorado Department of Revenue and the Internal Revenue Service regarding federal and state income taxes.  This includes resolution of any tax arrearages as well as continued compliance with federal and state laws regarding the filing of taxes.

4. Defendant shall submit to financial monitoring by or at the direction of, the probation officer.

5. Defendant shall obtain and maintain approved employment or provide a verified means of income.  If he is employed, the defendant will provide permission for the probation officer to contact the defendant's employer to discuss any and all aspects of his employment and the instant offense at any time.  If the defendant is eligible for disability income, the defendant shall provide permission for the probation officer to verify this income and have contact with the Department of Social Services as well as any doctor associated with the defendant's claim.

6. Defendant shall not incur new credit charges or open additional lines of credit without the approval of the probation officer, unless the defendant is in compliance with the periodic payment obligations imposed pursuant to the Court's judgment and sentence.

7. Defendant shall not abate or dispose of asbestos or asbestos-containing waste materials or direct or supervise others in doing so.

**ORDERED:**    Defendant advised of right to appeal the sentence imposed by the Court.  Any notice of appeal must be filed within fourteen (14) days.  Defendant advised of right to appeal in forma pauperis.

**3:08 p.m.**    Court in Recess - HEARING CONCLUDED.
**TOTAL TIME: 1:01**